# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**ATANASIO VILLALOBOS,**

    **Plaintiff,**

**v.**                                                                                     **No. 12-cv-0741 WJ/SMV**

**UNITED STATES OF AMERICA,**

    **Defendant.**

### ORDER ADOPTING JOINT STATUS REPORT
### AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 10], filed December 24, 2012, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order [Doc. 15], filed January 18, 2013.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**