IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ATANASIO VILLALOBOS,

    Plaintiff,

v.                                    No. 12-cv-0741 WJ/SMV

UNITED STATES OF AMERICA,

    Defendant.

### ORDER VACATING SETTLEMENT CONFERENCE
### AND SETTING TELEPHONIC STATUS CONFERENCE

THIS MATTER is before the Court sua sponte. The Court's Order Setting Settlement Conference [Doc. 17] is hereby **VACATED**, as are all deadlines therein.

Moreover, a telephonic status conference is hereby **SET** for **Tuesday, June 11, 2013, at 3:15 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[1] Parties shall confer with Judge Vidmar to choose a new date on which to conduct a settlement conference. Parties are reminded to have their calendars available for the hearing.

**IT IS SO ORDERED.**

                                                  **STEPHAN M. VIDMAR**
                                                  **United States Magistrate Judge**

---

[1] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.