IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ATANASIO VILLALOBOS,

    Plaintiff,

v.                                        No. 12-cv-0741 WJ/SMV

UNITED STATES OF AMERICA,

    Defendant.

### ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on August 6, 2013.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **September 6, 2013**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**