IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ATANASIO VILLALOBOS

        Plaintiff,

vs.                                                       No. 2:12-CV-00741-WJ-SMV

UNITED STATES OF AMERICA

        Defendant.

## STIPULATION OF DISMISSAL

THE PARTIES stipulate and agree that this Complaint and action are dismissed with prejudice, with the parties to bear their own costs.

THIS STIPULATION is entered into accordance with the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

STEVEN C. YARBROUGH  
Acting United States Attorney

*(signed)*

Paula G. Burnett  
Assistant U.S. Attorney  
P.O. Box 607  
Albuquerque, New Mexico 87103  
*Attorney For Defendant*

LAW FIRM OF DANIELA LABINOTI

*(signed)*

Daniela Labinoti, Esq.  
5915 Silver Springs, Bldg. 2  
El Paso, Texas 79912  
*Attorneys for the Plaintiff*

(505) 346-7274
E-mail: Paula.Burnett@usdoj.gov

I HEREBY CERTIFY that on September 3, 2013, I filed the foregoing pleading electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Daniela Labinoti, Attorney at Law
915-581-4600
5915 Silver Springs, Bldg. 2
El Paso, Texas 79912
Email: Daniela@LabinotiLaw.com

/s/ September 3, 2013
PAULA G. BURNETT
Assistant U.S. Attorney